# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ


CHARLOTTE WOODS

                                Plaintiff,

v.                                     Case No.:
                                     1:23−cv−22264−RMB−AMD
                                     Chief Judge Renée Marie Bumb

SOUTH JERSEY TRANSPORTATION
AUTHORITY

                              Defendant.

## ORDER OF DISMISSAL


    This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

    **IT IS** on this 20th day of November, 2025,

    **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


/s/ Renée Marie Bumb

_____
RENÉE MARIE BUMB Chief United States District Judge